UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CRIMINAL ACTION NO. 06-33-JBC**

**UNITED STATES OF AMERICA,** **PLAINTIFF,**

**V.** **ORDER**

**GLORIA ANN WILLIAMS,** **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court upon the Report and Recommendation of United States Magistrate Judge Robert E. Wier, R. 216, to which defendant Gloria Ann Williams has not objected. When the parties to an action do not object to the Magistrate Judge's report, the district court judge may give deference to the Report and Recommendation. *Thomas v. Arn*, 474 U.S. 140, 151-52 (1985). After reviewing the record, the court concurs with the result recommended by the Magistrate Judge. Accordingly,

**IT IS ORDERED** that the Report and Recommendation, R. 216, is **ADOPTED** as the opinion of the court.

**IT IS FURTHER ORDERED** that the petitioner's habeas petition is **DISMISSED**, and that this action is **DISMISSED** and **STRICKEN** from the docket.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**, as the petitioner has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

Signed on  September 2, 2011  

JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY